

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00079-CR
_____

BRENDA ASHBY STONE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 35979-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Brenda Ashby Stone, appellant, has filed with this Court a motion to dismiss her appeal. The motion is signed by Stone and by her counsel in compliance with Tex. R. App. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* Tex. R. App. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     July 7, 2008
Date Decided:       July 8, 2008

Do Not Publish